IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE ESTATE OF MAXINE M. IWANSKI, by and through LEROY R. IWANSKI, as Personal Representative for the heirs and next-of-kin,<br><br>Plaintiff,<br><br>v.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY, INC., d/b/a GOOD SAMARITAN SOCIETY - OSCEOLA,<br><br>Defendant. | Case No. 8:12CV342<br><br>ORDER |

This case is before the court on the parties' joint oral motion (#8) for a stay of the case pending mediation.  For good cause, the motion will be granted.

**IT IS ORDERED:**

1.  This case is stayed until **December 17, 2012** to allow the parties to participate in mediation.

2.  On or before **December 17, 2012**, the parties shall file a joint status report advising the court of the outcome of mediation.

Dated this 11th day of October 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge